IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TRUSTEES of the CHICAGO REGIONAL COUNCIL OF CARPENTERS PENSION FUND, CHICAGO REGIONAL COUNCIL OF CARPENTERS WELFARE FUND, and CHICAGO REGIONAL COUNCIL OF CARPENTERS APPRENTICE & TRAINEE PROGRAM FUND,<br><br>Plaintiffs,<br><br>v.<br><br>CRAGIN MILLWORK COMPANY, INC.,<br><br>Defendant. | CASE NO. 08CV3055<br><br>JUDGE DER YEGHIAYAN |

**INITIAL STATUS REPORT**

**I.    Basis for Federal Jurisdiction**

Federal subject matter jurisdiction is premised on Section 502 of the Employee Retirement Income Security Act and Section 301 of the Taft-Hartley Act. (29 U.S.C. §§1132 and 185). The required Joint Jurisdictional Status Report is also being filed contemporaneously.

**II.    Brief Summary of the Claims**

The Complaint sought to compel the Defendant, CRAIGIN MILLWORK COMPANY, INC., to submit monthly contribution reports and corresponding contributions to the Plaintiffs Trust Funds for the period January 2008 through the present. The Defendant has submitted monthly contribution reports to the Plaintiffs for the period January 2008 through March 2008. However, the Defendant has not paid the amount owed. Further, the Defendant has not submitted monthly contribution

reports to the Plaintiffs for April 2008 through the present. The parties are currently in discussions to resolve the matter.

### III. Relief Sought by the Plaintiff

The Complaint seeks payment in delinquent contributions to multi-employer fringe benefit trust funds for the period of January 2008 through the present. The Complaint also seeks to compel the Defendant Employer to submit the monthly reports and corresponding contributions for April 2008 through the present. In addition, the Complaint seeks interest, liquidated damages, and attorney fees and costs. The Defendant is in default and has filed no answer or appearance, however, the Plaintiffs have heretofore agreed not to move for default while settlement discussions are pursued. There are no counterclaims or third party complaints.

### IV. Names of Parties Served

All parties in the current Complaint were served.

### V. Principal Legal Issues

This case involves determining the liability for the period of January 2008 through the present.

### VI. Principal Factual Issues

The factual issues involve determining the amount of contributions owed.

### VII. Status of Pending Motions

There are no pending motions.

### VIII. Description of Discovery Requested

Interrogatories, Request to Admit Facts, and the Rule 30(b)(6) deposition as to the allegations contained in the Complaint will need to be filed if Plaintiff moves for default judgment and if the Defendant cures the default.

### IX. Proposed Dates

Because the Defendant is in technical default as of this date of filing, July 28, 2008, the Plaintiffs will file a motion for default judgment within the next 14 days.

### X. Trial Length

The trial will last for one-half day.

### XI. Jury Status

There is no jury demand.

### XII. Settlement

The parties are currently discussing settlement options, however, the Defendant has as of July 28, 2008 not responded to demands from the Plaintiffs to submit monthly contribution reports for the period April 2008 through the present and payment of corresponding contributions for January 2008 through the present.

### XIII. Consent to the Magistrate Judge

The Plaintiffs do not consent to the Magistrate Judge.

Respectfully submitted,

By: _____
DAVID P. LICHTMAN

Attorney for the Plaintiffs
Whitfield McGann & Ketterman
111 E. Wacker Suite 2600
Chicago, IL 60601
(312) 251-9700; F (312) 251-9701
dlichtman@whitfield-mcgann.com
Attorney No. 6290051

Case 1:08-cv-03055   Document 8   Filed 07/28/2008   Page 4 of 4