IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TRUSTEES of the CHICAGO REGIONAL COUNCIL OF CARPENTERS PENSION FUND, CHICAGO REGIONAL COUNCIL OF CARPENTERS WELFARE FUND, and CHICAGO REGIONAL COUNCIL OF CARPENTERS APPRENTICE & TRAINEE PROGRAM FUND,<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>CRAGIN MILLWORK COMPANY, INC.,<br><br>　　　　　Defendant. | CASE NO. 08CV3055<br><br>JUDGE DER YEGHIAYAN |

**JURISDICTIONAL STATUS REPORT**

**I.　Subject Matter Jurisdiction**

Federal subject matter jurisdiction is premised on federal question jurisdiction; specifically Section 502 of the Employee Retirement Income Security Act and Section 301 of the Taft-Hartley Act. (29 U.S.C. §§1132 and 185).

**II.　Venue (Plaintiffs' Position)**

Plaintiffs Trust Funds receive contributions from numerous employers pursuant to Collective Bargaining Agreements between the employers and the Chicago and Northeast Illinois Regional Council of Carpenters, now known as the Chicago Regional Council of Carpenters, and therefore, are multiemployer plans. (29 U.S.C. §1002). The Trust Funds were administered at 12 East Erie Street, Chicago, Illinois throughout the entire relevant time period of January 2008 through the present. The Plaintiffs therefore submit that venue is proper in the Northern District of Illinois, Eastern Division.

Respectfully submitted,

CHICAGO REGIONAL COUNCIL OF CARPENTERS
PENSION FUND et al.


By: _____
        DAVID P. LICHTMAN
        Attorney for the Plaintiffs


Whitfield McGann & Ketterman
111 E. Wacker Suite 2600
Chicago, IL 60601
(312) 251-9700; F (312) 251-9701
dlichtman@whitfield-mcgann.com
Attorney No. 6290051