U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of
TRUSTEES OF THE CHICAGO REGIONAL
COUNCIL OF CARPENTERS PENSION
FUND, et al.
                Plaintiffs,
v.
CRAGIN MILLWORK COMPANY, INC.
                Defendant.

Case Number: 08 CV 3055
Judge Der-Yeghiayan
Magistrate Judge Denlow

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Cragin Millwork Company, Inc., **Defendant**

| | |
|---|---|
| NAME (Type or print) | |
| Alan M. Kaplan | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) | |
| s/  Alan M. Kaplan | |
| FIRM | |
| Masuda, Funai, Eifert & Mitchell, Ltd. | |
| STREET ADDRESS | |
| 203 North LaSalle Street, Suite 2500 | |
| CITY/STATE/ZIP | |
| Chicago, Illinois  60601 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| 03127254 | 312-245-7500 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?  YES [X]  NO [ ] | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?  YES [ ]  NO [X] | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?  YES [X]  NO [ ] | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?  YES [X]  NO [ ] | |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. | |
| RETAINED COUNSEL [ ]   APPOINTED COUNSEL [ ] | |