UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − **CM/ECF LIVE, Ver 3.2.1**
Eastern Division

| | |
|---|---|
| Trustees of the Chicago Regional Council of Carpenters Pension Fund, et al.<br><br>Plaintiff,<br><br>v.<br><br><br><br>Cragin Millwork Company, Inc<br><br>Defendant. | Case No.:<br>1:08−cv−03055<br>Honorable Samuel Der−Yeghiayan |

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, July 30, 2008:

    MINUTE entry before the Honorable Samuel Der−Yeghiayan: The parties having agreed to consent to proceed before the Designated Magistrate Judge, the status hearing hearing set for 07/31/08 before Judge Der−Yeghiayan is stricken. The Court will recommend to the Executive Committee that the instant action be reassigned to Magistrate Judge Morton Denlow. Mailed notice (mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.