IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TRUSTEES of the CHICAGO REGIONAL COUNCIL OF CARPENTERS PENSION FUND, CHICAGO REGIONAL COUNCIL OF CARPENTERS WELFARE FUND, and CHICAGO REGIONAL COUNCIL OF CARPENTERS APPRENTICE & TRAINEE PROGRAM FUND<br><br>            Plaintiffs,<br><br>v.<br><br>CRAGIN MILLWORK COMPANY, INC.<br><br>            Defendant. | Case No. 08 C 3055<br><br>Judge Der Yeghiayan<br><br>Magistrate Judge Denlow |

## AMENDED COMPLAINT

Plaintiffs, TRUSTEES of the CHICAGO REGIONAL COUNCIL OF CARPENTERS PENSION FUND, et al., by their attorney, David P. Lichtman, complain of the Defendant, CRAGIN MILLWORK COMPANY, INC., as follows:

    1.    This action arises under Section 502 of the Employee Retirement Income Security Act ("ERISA")(29 U.S.C. §§1132) and Section 301(a) of the Labor Management Relations Act of 1947 ("LMRA"), as amended 29 U.S.C. § 185(a). Jurisdiction is founded on the existence of questions arising there under.

    2.    The CHICAGO REGIONAL COUNCIL OF CARPENTERS PENSION FUND, the CHICAGO REGIONAL COUNCIL OF CARPENTERS WELFARE FUND and the CHICAGO REGIONAL COUNCIL OF CARPENTERS APPRENTICE AND TRAINEE PROGRAM ("Trust Funds") receive contributions from numerous employers pursuant to Collective Bargaining Agreements between the employers and the CHICAGO REGIONAL COUNCIL OF CARPENTERS, successor of the CHICAGO & NORTHEAST ILLINOIS DISTRICT COUNCIL OF CARPENTERS, ("Union"), and therefore, are multiemployer plans. (29 U.S.C. §1002). The Trust Funds are administered at 12 East Erie Street, Chicago, Illinois and venue is proper in the Northern District of Illinois.

3.     The Defendant is an employer engaged in an industry affecting commerce which entered into Agreements which require Defendant to pay fringe benefit contributions to the Trust Funds.

4.     Delinquent employers are required to pay, in addition to the amounts determined to be due, reasonable attorney fees, court costs, audit fees and other reasonable costs incurred in the collection process.

5.     The Defendant must submit monthly reports listing the hours worked by its carpenter employees ("contribution reports") and to make concurrent payment of contributions to the Trust Funds based upon the hours worked by its carpenter employees.

6.     The Defendant breached the provisions of the Collective Bargaining Agreement and Trust Agreements by failing to pay fringe benefit contributions in the amount of $12,619.56 for the periods August 2007 through October 2007 and January 2008 through the present and liquidated damages on these unpaid amounts and on previously paid amounts.  (See attached Exhibit A)

7.     Plaintiffs have complied with all conditions precedent in bringing this suit.

8.     Plaintiffs have been required to employ the undersigned attorneys to collect the monies that may be found to be due and owing from Defendant.

9.     Defendant is obligated to pay the attorney fees and court costs incurred by the Plaintiffs pursuant to 29 U.S.C. §1132(g)(2)(D).

10.     Pursuant to 29 U.S.C. §1132(g)(2)(B), the Plaintiffs are entitled to interest on any monies that may be found to be due and owing from the Defendant.

11.     Pursuant to 29 U.S.C. §1132(g)(2)(C), Plaintiffs are entitled to an amount equal to the greater of:

     a)     double interest on the unpaid contributions; or

     b)     interest plus liquidated damages provided for under the Trust Agreements not in excess of 20% of amount that is

due.

12. Pursuant to the Trust Agreements, Plaintiffs are entitled to liquidated damages at the rate of 1.5% compounded monthly.

WHEREFORE, Plaintiffs pray:

a) That the Defendant be ordered to pay $12,619.56 representing contributions for the periods August 2007 through October 2007 and January 2008 through present.

b) That the Defendant be ordered to pay liquidated damages pursuant to the Trust Agreements.

c) That the Defendant be ordered to pay interest on the amount that is due pursuant to 29 U.S.C. §1132 (g)(2)(B).

d) That the Defendant be ordered to pay interest or liquidated damages on the amount that is due pursuant to 29 U.S.C. §1132 (g)(2)(C).

e) That the Defendant be ordered to pay the reasonable attorney's fees and costs incurred by the Plaintiffs pursuant to the Trust Agreements and 29 U.S.C. §1132 (g)(2)(D).

f) That Plaintiffs have such other and further relief as by the Court may be deemed just and equitable all at the Defendant's costs pursuant to 29 U.S.C. §1132(g)(2)(E).

By: /s/ David P. Lichtman
Attorney for Plaintiffs

David P. Lichtman (6290051)
Whitfield McGann & Ketterman
111 East Wacker Drive, Suite 2600
Chicago, IL 60601
T: (312) 251-9700
F: (312) 251-9701

# EXHIBIT A

Case 1:08-cv-03055   Document 17-2   Filed 08/19/2008   Page 1 of 8



**Service. Security. Stability.**

*Chicago Regional Council of Carpenters Welfare Fund*

*Chicago Regional Council of Carpenters Pension Fund*

12 East Erie Street o Chicago, Illinois 60611
(312) 787-9455 o Kristina M. Guastaferri, Administrator

# Cragin Millwork Co. Inc. - Acct. No. 8079

**Carpenter Information**
S.S. # xxx-xx-3257

**Carpenter Name**
Benedetto Briguglio

| Period: | WORKED | HOURS REPORT | SHORT | Contribution RATE | Net Amount DUE | Liq. Damages DUE | Total Amount DUE |
|---|---|---|---|---|---|---|---|
| Aug-07 | 160.00 | 80.00 | 80.00 | $10.26 | $820.80 | $103.83 | $924.63 |
| Sep-07 | 160.00 | 80.00 | 80.00 | $10.26 | $820.80 | $90.12 | $910.92 |
| Oct-07 | 160.00 | 80.00 | 80.00 | $10.26 | $820.80 | $76.66 | $897.46 |
| | | | | | | | |
| Dues - 8/07 | Gross wages - $1,735.20 | | | | | | $34.70 |
| Dues - 9/07 | Gross wages - $1,735.20 | | | | | | $34.70 |
| Dues - 10/07 | Gross wages - $1,735.20 | | | | | | $34.70 |
| | | | | | | | |
| Totals | 480.00 | 240.00 | 240.00 | | | | $2,837.11 |

In the event this amount is not received by this office within ten (10) days, it will be necessary to forward your account to our attorneys who will be instructed to immediately initiate legal proceedings in Federal District Court. In the event that this course of action becomes necessary, you will be held accountable for attorneys' fees and costs, in addition to contributions, liquidated damages and interest pursuant to Chapter 29 U.S.C. sec. 1132 (ERISA).

TOTAL AMOUNT DUE $2,837.11 DUE IMMEDIATELY.

Very truly yours,
Harold Boswell
Employer Contributions
Department
(312) 787-9455 ext. 701

Union Trustees  Martin C. Umlauf   Jeffrey Isaacson   Joseph Pastorino   Michael J. Sexton   Frank T. Libby   Keith Jutkins
Employer Trustees  J. David Pepper   Richard A. Baggio   Roger A. Monaco   Benjamin A. Johnston   Todd H. Harris   Paul R. Hellermann

# CHICAGO REGIONAL COUNCIL OF CARPENTERS
## Combined Fringe Benefit Funds and Dues Checkoff Report
Fringe Benefits: 312/787-9455, Option #5. Regional Council: 312/787-3076

PAGE NO. 1  
ACCOUNT NO. 8079

| | |
|---|---|
| H & W | 6.970 |
| Appren. | .220 |
| Mill Pen | 3.020 |
| WIAF | .030 |
| CCWA | .020 |

### SEE INSTRUCTIONS ON REVERSE

☐ NO EMPLOYEES THIS MONTH  ☐ CHANGE OF ADDRESS
☐ CHANGE OF NAME  ☐ SEND MORE FORMS

DUE BY 2/15/2008

HOURS PAID IN EXCESS OF 175 HR. CAP WILL NOT BE REFUNDED

*NOT APPLICABLE FOR WORK PERFORMED UNDER THE RESIDENTIAL AGREEMENT

Cragin Millwork Co Inc  
5680 N Northwest Hwy  
Chicago IL 60646-6136

DUES CHECKOFF IS CURRENTLY 2 % OF EACH EMPLOYEES MONTHLY GROSS WAGES

Month of JAN 2008

| Social Security Number | Carpenter's Name | Local & Class | X | Total Actual Hours Worked | Benefit Hours (1) | Gross Wages | Dues Withheld (2) |
|---|---|---|---|---|---|---|---|
| U54192983 | BRIGUGLIO BENEDETTO | 1027-JNY | X | 200 | 175 | 4338.00 | 69.40 |

Total this month  
(1) Amount due at $ 10.260 per hour  $ 1795.50  
+ (2) Total dues withheld  $ 69.40  
= Subtotal  $  
Prior Balance Due or (Cr. Available)  $  
Grand Total  $ 1864.90

SUBMIT ONE CHECK FOR THE GRAND TOTAL & MAKE PAYABLE TO:  
CHICAGO CARPENTERS TRUST FUNDS  
P.O. BOX 94432  
CHICAGO, IL 60690

AN "X" INDICATES THE REGIONAL COUNCIL HAS A DUES CHECKOFF AUTHORIZATION FORM ON FILE

We certify the above is a true and complete report of actual hours worked by foremen, journeymen, and apprentice carpenters, and does NOT include hours worked by any self-employed persons, partners or proprietors of the firm. We hereby agree to be bound by and ratify, confirm, and adopt all of the provisions of the Area Collective Bargaining Agreement and the Agreements and Declarations of Trust under which the Chicago Regional Council of Carpenters Fringe Benefit Funds are maintained. We agree to keep and maintain contemporaneous time records reporting the hours being reported herein.

_Martin_ PRESIDENT

REPORT MUST BE SIGNED

AUTHORIZED SIGNATURE _Keith_

TITLE _____ OWNER-PARTNER-OFFICER

CC-202-R 7/0

# CHICAGO REGIONAL COUNCIL OF CARPENTERS
## Combined Fringe Benefit Funds and Dues Checkoff Report
Fringe Benefits: 312/787-9455, Option #5. Regional Council: 312/787-3076

PAGE NO. 1  ACCOUNT NO. 8079

| | |
|---|---|
| H & W | 6.970 |
| Appren. | .220 |
| Mill Pen | 3.020 |
| WIAF | .030 |
| CCWA | .020 |

**SEE INSTRUCTIONS ON REVERSE**

☐ NO EMPLOYEES THIS MONTH  ☐ CHANGE OF ADDRESS
☐ CHANGE OF NAME  ☐ SEND MORE FORMS

DUE BY 3/15/2008

HOURS PAID IN EXCESS OF 175 HR. CAP WILL NOT BE REFUNDED

*NOT APPLICABLE FOR WORK PERFORMED UNDER THE RESIDENTIAL AGREEMENT

Cragin Millwork Co Inc
5680 N Northwest Hwy
Chicago IL 60646-6136

DUES CHECKOFF IS CURRENTLY 2 % OF EACH EMPLOYEES MONTHLY GROSS WAGES

MUST BE SHOWN  WATCH SPELLING  PLEASE PRINT    Month of FEB 2008

| Social Security Number | Carpenter's Name | Local & Class | X | Total Actual Hours Worked | Benefit Hours (1) | Gross Wages | Dues Withheld (2) |
|---|---|---|---|---|---|---|---|
| U54192983 | BRIGUGLIO BENEDETTO | 1027-JNYX | | 160 | 160 | 3470.40 | 69.40 |

Total this month
(1) Amount due at $ 10.260 per hour  $ 1641.60
+ (2) Total dues withheld  $ 69.40
= Subtotal  $
Prior Balance Due or (Cr. Available)  $
Grand Total  $ 1711.00

AN "X" INDICATES THE REGIONAL COUNCIL HAS A DUES CHECKOFF AUTHORIZATION FORM ON FILE

We certify the above is a true and complete report of actual hours worked by foremen, journeymen, and apprentice carpenters, and does NOT include hours worked by any self-employed persons, partners or proprietors of the firm. We hereby agree to be bound by and ratify, confirm, and adopt all of the provisions of the Area Collective Bargaining Agreement and the Agreements and Declarations of Trust under which the Chicago Regional Council of Carpenters Fringe Benefit Funds are maintained. We agree to keep and maintain contemporaneous time records reporting the hours being reported herein.

SUBMIT ONE CHECK FOR THE GRAND TOTAL & MAKE PAYABLE TO:
CHICAGO CARPENTERS TRUST FUNDS
P.O. BOX 94432
CHICAGO, IL 60690

_Martin O. [signature]_ PRESIDENT    REPORT MUST BE SIGNED
AUTHORIZED SIGNATURE X _[signature]_
TITLE _____ OWNER-PARTNER-OFFICER

CC-202-R 7/0

# CHICAGO REGIONAL COUNCIL OF CARPENTERS
## Combined Fringe Benefit Funds and Dues Checkoff Report
Fringe Benefits: 312/787-9455, Option #5. Regional Council: 312/787-3076

PAGE NO. 1  ACCOUNT NO. 8079

| | |
|---|---|
| H & W | 6.970 |
| Appren. | .220 |
| Mill Pen | 3.020 |
| WIAF | .030 |
| CCWA | .020 |

**SEE INSTRUCTIONS ON REVERSE**

☐ NO EMPLOYEES THIS MONTH   ☐ CHANGE OF ADDRESS
☐ CHANGE OF NAME   ☐ SEND MORE FORMS

DUE BY 4/15/2008

HOURS PAID IN EXCESS OF 175 HR. CAP WILL NOT BE REFUNDED

*NOT APPLICABLE FOR WORK PERFORMED UNDER THE RESIDENTIAL AGREEMENT

DUES CHECKOFF IS CURRENTLY 2 % OF EACH EMPLOYEES MONTHLY GROSS WAGES

Cragin Millwork Co Inc
5680 N Northwest Hwy
Chicago IL 60646-6136

Month of MARCH 2008

| Social Security Number | Carpenter's Name | Local & Class | X | Total Actual Hours Worked | Benefit Hours (1) | Gross Wages | Dues Withheld (2) |
|---|---|---|---|---|---|---|---|
| U54192983 | BRIGUGLIO BENEDETTO | 1027-JNYX | | 160 | 160 | 3470.40 | 69.40 |

Total this month
(1) Amount due at $ 10.260 per hour  $ 1641.60
+ (2) Total dues withheld  $ 69.40
= Subtotal  $
Prior Balance Due or (Cr. Available)  $
Grand Total  $ 1711.00

AN "X" INDICATES THE REGIONAL COUNCIL HAS A DUES CHECKOFF AUTHORIZATION FORM ON FILE

SUBMIT ONE CHECK FOR THE GRAND TOTAL & MAKE PAYABLE TO:
CHICAGO CARPENTERS TRUST FUNDS
P.O. BOX 94432
CHICAGO, IL 60690

We certify the above is a true and complete report of actual hours worked by foremen, journeymen and apprentice carpenters; and does NOT include hours worked by any self-employed persons, partners or proprietors of the firm. We hereby agree to be bound by and ratify, confirm, and adopt all of the provisions of the Area Collective Bargaining Agreement and the Agreements and Declarations of Trust under which the Chicago Regional Council of Carpenters Fringe Benefit Funds are maintained. We agree to keep and maintain contemporaneous time records reporting the hours being reported herein.

PRESIDENT

REPORT MUST BE SIGNED

AUTHORIZED SIGNATURE

TITLE _____
OWNER-PARTNER-OFFICER

CC-202-R 7/C

Fringe Benefits: 312/787-9455, Option #5; Regional Council 312/787-3076

| | |
|---|---|
| H & W | 6.970 |
| Appren. | .220 |
| Mill Pen | 3.020 |
| WIAF | .030 |
| CCWA | .020 |

### SEE INSTRUCTIONS ON REVERSE

☐ NO EMPLOYEES THIS MONTH ☐ CHANGE OF ADDRESS
☐ CHANGE OF NAME ☐ SEND MORE FORMS

Cragin Millwork Co Inc
5680 N Northwest Hwy
Chicago IL 60646-6136

DUE BY 5/15/2008

HOURS PAID IN EXCESS OF 175 HR. CAP WILL NOT BE REFUNDED
*NOT APPLICABLE FOR WORK PERFORMED UNDER THE RESIDENTIAL AGREEMENT

DUES CHECKOFF IS CURRENTLY 2 % OF EACH EMPLOYEES MONTHLY GROSS WAGES

MUST BE SHOWN! WATCH SPELLING! PLEASE PRINT! Month of APRIL 2008

| Social Security Number | Carpenter's Name | Local & Class | X | Total Actual Hours Worked | Benefit Hours (1) | Gross Wages | Dues Withheld (2) |
|---|---|---|---|---|---|---|---|
| U54192983 | BRIGUGLIO BENEDETTO | 1027-JNYX | | 200 | 175 | 4338.00 | 86.75 |

REPORT DUE ON OR BEFORE THE 15TH OF THE MONTH. LATE PAYMENTS WILL BE CHARGED 1.5% PER MONTH, COMPOUNDED, AS LIQUIDATED DAMAGES!

Total this month
(1) Amount due at $ 10.260 per hour  $ 1795.50
+ (2) Total dues withheld  $ 86.75
= Subtotal  $
Prior Balance Due or (Cr. Available)  $
Grand Total  $ 1882.25

AN "X" INDICATES THE REGIONAL COUNCIL HAS A DUES CHECKOFF AUTHORIZATION FORM ON FILE

We certify the above is a true and complete report of actual hours worked by foremen, journeymen, and apprentice carpenters, and does NOT include hours worked by any self-employed persons, partners or proprietors of the firm. We hereby agree to bind and ratify, confirm, and adopt all of the provisions of the Area Collective Bargaining Agreement and the Agreements and Declarations of Trust under which the Chicago Regional Council of Carpenters Fringe Benefit Funds are maintained. We agree to keep and maintain contemporaneous time records reporting the hours being reported herein.

_Martin O'Healey_ PRESIDENT

REPORT MUST BE SIGNED!

AUTHORIZED SIGNATURE _[signature]_
TITLE _[signature]_
OWNER-PARTNER-OFFICER

SUBMIT ONE CHECK FOR THE GRAND TOTAL & MAKE PAYABLE TO:
CHICAGO CARPENTERS TRUST FUNDS
P.O. BOX 94432
CHICAGO, IL 60690

CC-202-R 7/

Combined Fringe Benefit & Dues Structure 17-2
Fringe Benefits: 312/787-9455, Option #5 Regional Council: 312/787-3076

**SEE INSTRUCTIONS ON REVERSE**

☐ NO EMPLOYEES THIS MONTH   ☐ CHANGE OF ADDRESS
☐ CHANGE OF NAME            ☐ SEND MORE FORMS

Cragin Millwork Co Inc
5680 N Northwest Hwy
Chicago IL 60646-6136

DUES CHECKOFF IS CURRENTLY 2 % OF EACH
EMPLOYEES MONTHLY GROSS WAGES

Month of MAY 2008

| Social Security Number | Carpenter's Name | Local & Class | Total Actual Hours Worked | Benefit Hours | Gross Wages | Dues Withheld |
|---|---|---|---|---|---|---|
| U54192983 | BRIGUGLIO BENEDETTO | 1027-JNYX | 160 | 160 | 3470.00 | 69.40 |

REPORT DUE ON OR BEFORE THE 15TH OF THE MONTH. LATE PAYMENTS WILL BE CHARGED 1.5% PER MONTH, COMPOUNDED, AS LIQUIDATED DAMAGES!

Total this month
(1) Amount due at $ 10.260 per hour  $ 1641.60
+ (2) Total dues withheld            $ 69.40
= Subtotal                           $
Prior Balance Due or (Cr. Available) $
Grand Total                          $ 1711.00

AN "X" INDICATES THE REGIONAL COUNCIL HAS A DUES CHECKOFF AUTHORIZATION FORM ON FILE

We certify the above is a true and complete report of actual hours worked by foremen, journeymen, and apprentice carpenters, and does NOT include hours worked by any self-employed persons, partners or proprietors of the firm. We hereby agree to be bound by and ratify, confirm, and adopt all of the provisions of the Area Collective Bargaining Agreement and the Agreements and Declarations of Trust under which the Chicago Regional Council of Carpenters Fringe Benefit Funds are maintained. We agree to keep and maintain contemporaneous time records reporting the hours being reported herein.

SUBMIT ONE CHECK FOR THE GRAND TOTAL & MAKE PAYABLE TO:
CHICAGO CARPENTERS TRUST FUNDS
P.O. BOX 94432
CHICAGO, IL 60690

*Martin* PRESIDENT

REPORT MUST BE SIGNED!

AUTHORIZED SIGNATURE

TITLE _____ OWNER-PARTNER-OFFICER

CC-202-R 7/

Fringe Benefit: 312/787-9455, Option #5 Regional Council: 312/787-3076

| | |
|---|---|
| H & W | 7.220 |
| Appren. | .220 |
| Mill Pen | 3.270 |
| WIAF | .030 |
| CCWA | .020 |

**SEE INSTRUCTIONS ON REVERSE**

☐ NO EMPLOYEES THIS MONTH ☐ CHANGE OF ADDRESS

☐ CHANGE OF NAME ☐ SEND MORE FORMS

DUE BY 7/15/2008

HOURS PAID IN EXCESS OF 1XX HR. CAP WILL NOT BE REFUNDED  180

*NOT APPLICABLE FOR WORK PERFORMED UNDER THE RESIDENTIAL AGREEMENT

DUES CHECKOFF IS CURRENTLY  2  % OF EACH EMPLOYEES MONTHLY GROSS WAGES

Cragin Millwork Co Inc
5680 N Northwest Hwy
Chicago IL 60646-6136

Month of JUNE 2008

| Social Security Number | Carpenter's Name | Local & Class | X | Total Actual Hours Worked | Benefit Hours (1) | Gross Wages | Dues Withheld (2) |
|---|---|---|---|---|---|---|---|
| | | | | 160 | 160 | 3470.00 | 69.40 |

REPORT DUE ON OR BEFORE THE 15TH OF THE MONTH. LATE PAYMENTS WILL BE CHARGED 1.5% PER MONTH, COMPOUNDED, AS LIQUIDATED DAMAGES!

Total this month

(1) Amount due at $ 10.760 per hour   $ 1721.60
+ (2) Total dues withheld              $ 69.40
= Subtotal                             $
Prior Balance Due or (Cr. Available)   $
Grand Total                            $ 1711.00

AN "X" INDICATES THE REGIONAL COUNCIL HAS A DUES CHECKOFF AUTHORIZATION FORM ON FILE

We certify the above is a true and complete report of actual hours worked by foremen, journeymen, and apprentice carpenters, and does NOT include hours worked by any self-employed persons, partners or proprietors of the firm. We hereby agree to be bound by and ratify, confirm, and adopt all of the provisions of the Area Collective Bargaining Agreement and the Agreements and Declarations of Trust under which the Chicago Regional Council of Carpenters Fringe Benefit Funds are maintained. We agree to keep and maintain contemporaneous time records reporting the hours being reported herein.

*Martin R. [signature]* PRESIDENT

REPORT MUST BE SIGNED!

AUTHORIZED SIGNATURE [signature]

TITLE _____

SUBMIT ONE CHECK FOR THE GRAND TOTAL & MAKE PAYABLE TO:
CHICAGO CARPENTERS TRUST FUNDS
P.O. BOX 94432
CHICAGO, IL 60690 -

TOTAL P.05