IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TRUSTEES of the CHICAGO REGIONAL COUNCIL OF CARPENTERS PENSION FUND, CHICAGO REGIONAL COUNCIL OF CARPENTERS WELFARE FUND, and CHICAGO REGIONAL COUNCIL OF CARPENTERS APPRENTICE & TRAINEE PROGRAM FUND<br>    Plaintiffs,<br><br>v.<br><br>CRAGIN MILLWORK COMPANY, INC.<br><br>    Defendant. | Case No. 08 C 3055<br><br>Judge Der Yeghiayan<br><br>Magistrate Judge Denlow |

## NOTICE OF FILING

TO:   Alan Kaplan
      1475 E. Woodfield, Ste 800
      Schaumburg, IL 60173

YOU ARE HEREBY NOTIFIED that on Tuesday, August 19, 2008, Plaintiffs filed the attached **Amended Complaint**, in the United States District Court for the Northern District of Illinois, Eastern Division, a copy of which is served upon you.

Dated: August 19, 2008

        Trustees of the Chicago Regional Council of
        Carpenters Pension Funds, et al.

        /s/   David P. Lichtman

## CERTIFICATE OF SERVICE

I, David P. Lichtman, being first duly sworn under oath, depose and state that I served a true and correct copy of the above by depositing in the United States mail at 111 East Wacker Drive, Chicago, Illinois, by regular mail, postage prepaid, addressed to whom the Notice is directed before the hour of 5:00 p.m. on August 19, 2008.

                        /s/ David P. Lichtman

Attorney for Plaintiffs
Whitfield McGann & Ketterman
111 E. Wacker Drive, Suite 2600
Chicago, IL 60601
(312) 251-9700 Fax (312) 251-9701
Attorney No. 6290051