UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.2
Eastern Division

Trustees of the Chicago Regional Council of
Carpenters Pension Fund, et al.

                    Plaintiff,

v.                                         Case No.:
                                                1:08−cv−03055
                                                Honorable Morton
                                                Denlow

Cragin Millwork Company, Inc

                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, September 8, 2008:

      MINUTE entry before the Honorable Morton Denlow: Enter agreed judgment order. It is ordered that judgment is entered in favor of Plaintiffs, Chicago Regional Counsel of Carpenters Pension Fund, et al. and against the Defendant, Craigin Millwork Company, Inc., in the sum of $16,727.76 pursuant to the agreed judgment order. The Court shall retain jurisdiction to enforce the judgment. (For further details see separate order.)Status hearing set for 9/9/08 is stricken.Civil case terminated. Mailed notice(dmk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.