IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TRUSTEES of the CHICAGO REGIONAL COUNCIL OF CARPENTERS PENSION FUND, CHICAGO REGIONAL COUNCIL OF CARPENTERS WELFARE FUND, and CHICAGO REGIONAL COUNCIL OF CARPENTERS APPRENTICE & TRAINEE PROGRAM FUND,<br><br>Plaintiffs,<br><br>v.<br><br>CRAGIN MILLWORK COMPANY, INC.<br><br>Defendant. | Case No. 08 C 3055<br><br>Judge Der Yeghiayan<br><br>Magistrate Judge Denlow |

## AGREED JUDGMENT ORDER

The Plaintiffs, CHICAGO REGIONAL COUNCIL OF CARPENTERS PENSION FUND, et al. and the Defendant, CRAIGIN MILLWORK COMPANY, INC., by their attorneys, hereby stipulate and agree that judgment be entered in behalf of the Plaintiffs and against the Defendant, CRAIGIN MILLWORK COMPANY, INC., in the sum of $ 16,727.76 representing the following amounts:

| | |
|---|---|
| a) ERISA Contributions (08/2007 – 06/2008) | $ 12,619.56 |
| b) Liquidated Damages (06/2007 – 06/2008) | $ 1,120.35 |
| c) Union Dues (08/2007 – 06/2008) | $ 537.85 |
| d) Attorney Fees and Costs | $ 2,450.50 |
| **TOTAL** | **$ 16,727.76** |

The parties agree that no execution shall issue upon the judgment until the 15th day of November, 2008.

The Court will retain jurisdiction solely to enter judgment for the contributions

shown to be owed and statutory damages pursuant to ERISA Section 1132(g)(2).

_____
Mr. David P. Lichtman
Whitfield, McGann & Ketterman
111 East Wacker Drive
Suite 2600
Chicago, IL 60601
Telephone: 312/251-9700
Fax: 312/251-9701

_____
Mr. Alan Kaplan
Masuda Funai
1475 East Woodfield Rd.
Suite 800
Schaumberg, IL 60173
Telephone: 847/734/8811
Fax: 847/734-1089

ENTERED:

_____
JUDGE MORTON DENLOW
UNITED STATES DISTRICT JUDGE

DATED: September 8, 2008